JS-6

# United States District Court
## Central District of California

| HANDSOME MUSIC LLC, | |
|---|---|
| Plaintiff, | Case No. LACV 20-08059 VAP (JCx) |
| v. | |
| ETORO USA, LLC, | **JUDGMENT** |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to the Order Granting Defendant's Motion to Dismiss, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   12/17/2020

Virginia A. Phillips
United States District Judge